**ORIGINAL**

Of Counsel:
SAKAI IWANAGA SUTTON LAW
GROUP, AAL, LLLC

MICHIRO IWANAGA 2022-0
201 Merchant Street, Suite 2307
Honolulu, Hawaii 96813
Telephone No. (808) 792-3888
Fax No. (808) 521-5262
E-mail: miwanaga@silawgroup.com

Attorney for Defendant
Portfolio Recovery Associates, LLC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 17 2007
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

**LODGED**

SEP 14 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUEL C.W. LEE, | ) CIVIL NO. CV07-00319 |
| | ) SOM/BMK |
| Plaintiff, | ) |
| | ) STIPULATION FOR DISMISSAL |
| vs. | ) WITH PREJUDICE OF ALL |
| | ) CLAIMS AND ALL PARTIES AND |
| PORTFOLIO RECOVERY | ) ORDER |
| ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) JUDGE: Barry M. Kurren |
| | ) TRIAL DATE: None |

## STIPULATION FOR DISMISSAL
## WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between Plaintiff SAMUEL C. W. LEE and Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC through their respective counsel, that pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, all of the claims against Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC be dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

All parties appearing herein have signed this stipulation. There are no remaining parties and/or issues.

DATED: Honolulu, Hawaii, SEP 1 4 2007 .

_____
JOHN HARRIS PAER

Attorney for Plaintiff
SAMUEL C. W. LEE

_____
MICHIRO IWANAGA

Attorney for Defendant
PORTFOLIO RECOVERY
ASSOCIATES, LLC

2

APPROVED AND SO ORDERED

_/s/ Susan Oki Mollway_
JUDGE OF THE ABOVE-ENTITLED COURT

SAMUEL C.W. LEE vs. PORTFOLIO RECOVERY ASSOCIATES, LLC
Civil No. CV07-00319 SOM/BMK, STIPULATION FOR DISMISSAL
WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND
ORDER